■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO SANTIAGO, Appellant. — Judgment, Supreme Court, Bronx County (J. Rosenberg, J.), rendered on October 2, 1979, and judgment of said court (Hecht, J.), rendered on October 9, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Birns, J. P., Sandler, Ross, Markewich and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HINES, Appellant. — Motion to abate appeal from judgment, Supreme Court, New York County (Melia, J.), rendered on December 18, 1979, by reason of the death of defendant-appellant, granted, the appeal herein dismissed, and the case remanded to the Supreme Court, New York County, for dismissal of the indictment. No opinion. Concur — Kupferman, J. P., Sullivan, Silverman, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO TORRES, Appellant. — Judgment, Supreme Court, New York County (Marks, J.), rendered on March 23, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings, pursuant to CPL 460.50 (subd 5). No opinion. Concur — Carro, J. P., Lupiano, Silverman and Asch, JJ.

■ JUDNICK REALTY CORPORATION, Respondent-Appellant, v 32 WEST 32ND STREET CORP., Appellant-Respondent. — Order, Supreme Court, New York County (Cahn, J.), entered on June 24, 1981, unanimously affirmed. Plaintiff-respondent-appellant shall recover of defendant-appellant-respondent $75 costs and disbursements of these appeals. The appeal from the order entered on January 26, 1981 is dismissed as said order was superseded by the order entered on June 24, 1981, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Ross, Markewich, Fein and Asch, JJ.

■ SARA BANDY, Also Known as SARA WRIGHT, Appellant, v WAY BANDY, Also Known as RONALD D. WRIGHT, Respondent. — Judgment, Supreme Court, New York County (Greenfield, J.), entered on February 10, 1981, unanimously affirmed, without costs and without disbursements. The application by appellant for submission of additional documents is denied. Concur — Kupferman, J. P. Sullivan, Carro, Silverman and Asch, JJ.

■ In the Matter of ROBERT S. GROBAN, an Attorney. — Upon the court's own motion, by reason of the death of respondent, proceeding abated and petition dismissed. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Carro, JJ.